JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Otter Products, LLC, a Colorado Limited Liability Company,<br><br>           Plaintiff,<br><br>    v.<br><br>Angel Luis Berrios, Jr., an Individual,<br><br>           Defendants. | CV 13-4384 RSWL (AGRx)<br><br>**Judgment** |

    Having granted Plaintiff's, Otter Products, LLC, Motion for Default Judgment Against Defendant Angel Luis Berrios, Jr. ("Defendant"), judgment is hereby entered against Defendant and in favor of Plaintiff as follows:

    1.    Defendant is hereby ordered to pay statutory damages under 15 U.S.C. § 1117(c) to Plaintiff in the amount of $600,000.00.

1

2.  Defendant is also ordered to pay Plaintiff's attorneys' fees pursuant to Local Rule 55-3 in the amount of $15,600.00 and costs incurred in this suit in the amount of $639.90.
3.  In sum, Defendant is liable to Plaintiff for the total award of $616,239.90.

In addition, the Court enters a permanent injunction as follows:

1.  Defendant is enjoined and permanently restrained from manufacturing, advertising, distributing, offering for sale, or selling, whether directly or indirectly, counterfeit merchandise bearing Plaintiff's Marks, including any merchandise of any kind bearing Plaintiff's Marks or names that are confusingly similar to the trademarks, trade names, designs or logos of Plaintiff;
2.  Defendant is enjoined and permanently restrained from using Plaintiff's Marks or any copy, reproduction, or colorable imitation, or confusingly similar simulation of Plaintiff's Marks on or in connection with the promotion, advertising, distribution, manufacture, or sale of Defendant's goods; and
3.  Defendant is ordered to cancel, withdraw, and recall all its promotions, advertisements, and merchandise bearing Plaintiff's Marks or any confusingly similar simulation of Plaintiff's

>        Marks, which have been published, placed, or
>        shipped by Defendant or under Defendant's
>        authority.
>
>    **IT IS SO ORDERED.**

DATED: October 10, 2013

                RONALD S.W. LEW
                _____
                **HONORABLE RONALD S.W. LEW**
                Senior, U.S. District Court Judge